LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
dmarkman@lipsonneilson.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZON MASTER PARTICIPATION TRUST 1, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE,<br><br>Plaintiff.<br><br>vs.<br><br>SATICOY BAY LLC SERIES 8920 EL DIABLO, a Nevada limited liability company; SILVERSTONE RANCH COMMUNITY ASSOCIATION a Nevada non-profit cooperative corporation and HAMPTON & HAMPTON COLLECTIONS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00751-JCM-VCF<br><br>**MOTION TO DISASSOCIATE COUNSEL AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST FOR DEFENDANT SILVERSTONE RANCH COMMUNITY ASSOCIATION** |

AND ALL RELATED COUNTERCLAIMS.

DAVID A. MARKMAN, ESQ., of the law firm LIPSON NEILSON COLE SELTZER & GARIN, P.C. hereby brings this Motion to Disassociate Counsel and requests the court remove counsel from the electronic CM/ECF notifications in this case. While affiliated with the Pengilly Law Firm, Counsel previously represented SILVERSTONE RANCH COMMUNITY ASSOCIATION ("DEFENDANT") in this matter.

/ / /

Mr. Markman is no longer affiliated with Pengilly Law Firm, no longer represents DEFENDANT, and has no further need to receive CM/ECF notifications in this case. Because counsel continues to represent DEFENDANT and remains on electronic notice for this matter, no parties are prejudiced by this withdrawal.

DATED this 13th day of November, 2016.

                                        LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ David A. Markman*
      DAVID A. MARKMAN, ESQ.
      Nevada Bar No. 12440
      9900 Covington Cross Drive, Suite 120
      Las Vegas, NV 89144
      (702) 382-1500

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-20-2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 13<u>th</u> day of November, 2017, service of the foregoing **MOTION TO DISASSOCIATE COUNSEL AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST FOR DEFENDANT SILVERSTONE RANCH COMMUNITY ASSOCIATION** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to the following parties registered to receive such service:

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Rock K. Jung, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff, Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee* | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>376 E. Warm Springs Rd., Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Saticoy Bay LLC Series 8290 El Diablo* |
| PENGILLY LAW FIRM<br>/s/ Elizabeth B. Lowell, Esq.<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>David A. Markman, Esq.<br>Nevada Bar No. 12440<br>1995 Village Center Circle, Suite 190<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendant, Silverstone Ranch Community Association* | HAMPTON & HAMPTON COLLECTIONS, LLC.<br>Brandon E. Wood, Esq.<br>Brandon E. Wood, Esq.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br><br>*Attorney for Defendant, Hampton & Hampton Collections, LLC* |

*/s/ Darnell D. Lynch*
_____
An employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.