MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZON MASTER PARTICIPATION TRUST I, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>SATICOY BAY LLC SERIES 8920 EL DIABLO, a Nevada limited liability company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00751-JCM-VCF<br><br>SUBSTITUTION OF COUNSEL |
| AND ALL RELATED COUNTERCLAIMS. | |

///

///

///

///

42369890;1
43829159;1

Plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee hereby consents to the substitution of Melanie Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of January, 2018.

A. J. Loll
Attorney-In-Fact as Trustee

ELIZON MASTER PARTICIPATION TRUST 1, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE

By: _____
     Attorney-in-Fact as Trustee
Its: _____

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee.

DATED this ___ day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

///
///
///
///
///
///
///
///

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43829159;1

Melanie Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee.

DATED this 17 day of January, 2018.

AKERMAN LLP

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
DATED: _____

January 30, 2018

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL, addressed to:

Dana Jonathon Nitz, Esq.
Edgar C Smith, Esq.
Jessica E. Chong, Esq.
Regina A. Habermas, Esq.
Rock K. Jung, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee*

Michael F. Bohn, Esq.
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. 140
Las Vegas, NV 89119
*Attorneys for Saticoy Bay LLC Series 8920 El Diablo*

Elizabeth B Lowell, Esq.
Pengilly Law Firm
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134
*Attorney for Silverstone Ranch Community Association*

/s/ Doug D Sayne
An Employee of Akerman LLP

4