1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for Plaintiff Elizon Master Participation
   Trust 1, U.S. Bank Trust National Association, as
8  Owner Trustee and Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZON MASTER PARTICIPATION TRUST 1, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 8920 EL DIABLO, a Nevada limited liability company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.:   2:16-cv-00751-JCM-VCF<br><br>**STIPULATION AND ORDER SUBSTITUTING AS PLAINTIFF/COUNTER-DEFENDANT NATIONSTAR MORTGAGE LLC FOR ELIZON MASTER PARTICIPATION TRUST 1, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE** |

Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee (**"Elizon"**), Saticoy Bay LLC Series 8920 El Diablo (**"Saticoy Bay"**), Silverstone Ranch Community Association (**"Silverstone"**), Hampton & Hampton Collections LLC (**"Hampton"**), and non-party Nationstar Mortgage LLC (**"Nationstar"**) hereby stipulate and agree as follows:

…

…

…

44843169;1
44846091;1

1. On or about January 10, 2012, Ralph Lake (**"Borrower"**) obtained a home loan from Bank of America, N.A. in the amount of $149,121.00 to secure the purchase real property located at 8920 El Diablo Street, Las Vegas, Nevada 89131 (the **"Property"**). Repayment of the Loan was secured by a Deed of Trust recorded on January 13, 2012 as instrument number 20120113-0002073.

2. On July 31, 2012, an assignment of the Deed of Trust to Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing LP was recorded.

3. On July 19, 2013, an assignment of the Deed of Trust to Nationstar was recorded.

4. On September 3, 2014, an assignment of the Deed of Trust to the Secretary of Housing & Urban Development was recorded.

5. On September 3, 2014, an assignment of the Deed of Trust to Elizon Master Participation Trust 1 was recorded.

6. On September 3, 2014, an assignment of the Deed of Trust to Elizon was recorded.

7. Saticoy Bay obtained an interest in the Property via a Trustee's Deed Upon Sale recorded on January 15, 2015.

8. On October 3, 2016, an assignment of the Deed of Trust to Nationstar was recorded.

9. The Parties have determined that Nationstar is the proper plaintiff/counter-defendant since the Deed of Trust was assigned to Nationstar after the initiation of this litigation.

10. Nationstar agrees to be bound by all pleadings submitted on behalf of Elizon.

…

…

…

…

…

…

…

…

…

. . .

44843169;1
44846091;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

10. According, Nationstar will substitute in the place of Elizon.

| | |
|---|---|
| DATED: April 6, 2018 | DATED: April 6, 2018 |
| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN ESQ. LTD.** |
| */s/Melanie D. Morgan* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 376 East Warm Springs Road, Suite 140 <br> Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee and Nationstar Mortgage LLC* | *Attorneys for Saticoy Bay LLC Series 8920 El Diablo* |
| DATED: April 6, 2018 | DATED: April 6, 2018 |
| **PENGILLY LAW FIRM** | **HAMPTON & HAMPTON COLLECTIONS, LLC** |
| */s/Elizabeth B. Lowell* <br> JAMES W. PENGILLY, ESQ. <br> Nevada Bar No. 6085 <br> ELIZABETH B. LOWELL, ESQ. <br> Nevada Bar No. 8551 <br> CHAD D. FUSS, ESQ. <br> Nevada Bar No. 12744 <br> 1995 Village Center Cir., Ste. 190 <br> Las Vegas, Nevada 89134 | */s/Brandon E. Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 West Desert Inn Road <br> Las Vegas, Nevada 89146 |
| *Attorneys for Silverstone Ranch Community Association* | *Attorney for Hampton & Hampton Collections, LLC* |

**ORDER**

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

April 6, 2018
DATED

44843169;1
44846091;1