1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for Plaintiff Elizon Master Participation
   Trust 1, U.S. Bank Trust National Association, as
8  Owner Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZON MASTER PARTICIPATION TRUST 1, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 8920 EL DIABLO, a Nevada limited liability company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.:   2:16-cv-00751-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF SILVERSTONE RANCH COMMUNITY ASSOCIATION AND HAMPTON & HAMPTON COLLECTIONS LLC WITH PREJUDICE** |

Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee (**"Elizon"**), Silverstone Ranch Community Association (**"Silverstone"**), and Hampton & Hampton Collections LLC (**"Hampton"**), by and through their respective counsel of record, hereby stipulate and agree to dismiss Elizon's claims against Silverstone and Hampton, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure.

…

44844837;1

Each party shall bear its own costs and fees.

| | |
|---|---|
| DATED: April 6, 2018 | DATED: April 6, 2018 |
| **AKERMAN LLP** | **PENGILLY LAW FIRM** |
| */s/Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Elizon Master Participation Trust 1, U.S. Bank Trust National Association, as Owner Trustee and Nationstar Mortgage LLC* | */s/Elizabeth B. Lowell*<br>JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6085<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Silverstone Ranch Community Association* |
| DATED: April 6, 2018 | DATED: April 6, 2018 |
| **HAMPTON & HAMPTON COLLECTIONS, LLC** | **LAW OFFICES OF MICHAEL F. BOHN ESQ. LTD.** |
| */s/Brandon E. Wood*<br>BRANDON E. WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br><br>*Attorney for Hampton & Hampton Collections, LLC* | */s/Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 East Warm Springs Road, Suite 140<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Saticoy Bay LLC Series 8920 El Diablo* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

April 6, 2018
_____
DATED

44844837;1